FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY J. LUZZO,<br><br>　　　　　　　Plaintiff,<br>　v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | NO:  1:19-CV-3049-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Notice of Settlement, ECF No. 47. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

　　1.  The parties' Notice of Settlement, **ECF No. 47**, is **APPROVED**.

　　2.  Plaintiff's Complaint is dismissed **without prejudice** and without costs to any party.

　　3.  All pending motions, if any, are **DENIED AS MOOT**.

　　4.  All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** February 12, 2021.

                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                       United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2